IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNY JOLLY                                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:20-cv-00184-GHD-DAS

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                                DEFENDANT

## AGREED ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

THIS CAUSE, having come before the Court on the joint motion of the Plaintiff, Jenny Jolly, and the Defendant, Allstate Property and Casualty Insurance Company, by and through counsel, to dismiss without prejudice any and all claims for punitive and extra-contractual damages made by the Plaintiff, Jenny Jolly, against the Defendant, Allstate Property and Casualty Insurance Company, in this action, and the Court, being advised in the premises and noting agreement of counsel, finds the matter is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims for punitive and extra-contractual damages made by Plaintiff, Jenny Jolly, against the Defendant, Allstate Property and Casualty Insurance Company, be and are hereby DISMISSED WITHOUT PREJUDICE. The Plaintiff's claims for uninsured motorist benefits shall remain pending in this cause.

SO ORDERED AND ADJUDGED, this the __18th__ day of October, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

*Jenny Jolly v. Allstate Prop. and Cas. Ins. Co.*
Civil Action Number 1:20-cv-00184-GHD-DAS
Agreed Order of Partial Dismissal without Prejudice

AGREED TO AND APPROVED BY:

 */s/ Michael B. McHenry*
Michael B. McHenry (MSB #99631)
Gleason and McHenry
Post Office Box 7316
Tupelo, Mississippi 38802
E-mail: michael.mchenry@gleason-mchenry.net
*Counsel for Plaintiff Jenny Jolly*

 */s/ David E. Stovall*
DAVID E. STOVALL (MSB #102706)
STOVALL LAW FIRM, PLLC
Post Office Box 2187
Brandon, Mississippi 39043
David@StovallLawFirm.com
  *Counsel for Defendant Allstate Property and Casualty Insurance Company*