IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNY JOLLY                                                                                 PLAINTIFF

V.                                              CIVIL ACTION NO. 1:20-cv-00184-GHD-DAS

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                 DEFENDANT

## **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's motion to remand this case to state court [26] is GRANTED;

(2) this cause is hereby REMANDED to the County Court of Lee County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 19th day of July, 2022.

_____
SENIOR U.S. DISTRICT JUDGE